DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 010303
BLAKE A. DOERR, ESQ.
Nevada Bar No. 009001
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant/Third Party Plaintiff*
*HARBOR FREIGHT TOOLS USA, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WINLAND, SPECIAL ADMINISTRATOR FOR THE ESTATE OF JOYCE WINLAND,<br><br>Plaintiff,<br><br>vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.; and DOES I through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO. 2:16-CV-00987-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| HARBOR FREIGHT TOOLS USA, INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>UNIFIRST CORPORATION<br><br>Third-Party Defendant. | |

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROBERT WINLAND as an individual heir and as , SPECIAL ADMINSITRATOR FOR THE ESTATE OF JOYCE WINLAND ("Plaintiff"), Defendant/Third Party Plaintiff HARBOR FREIGHT TOOLS, USA. INC. ("HARBOR FREIGHT" or "Defendant"), and Third Party Defendant

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4841-3038-7293.1

Robert Winland v. Harbor Freight Tools USA, Inc. et al.
Case No. 2:16-CV-00987-JCM-GWF

UNIFIRST CORPORATION ("Third Party Defendant" or "UNIFIRST") by and through their respective counsel, that the above-entitled action, including and all cross-claims, counter-claims, and third party claims shall be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs; and IT IS FURTHER STIPULATED AND AGREED, that the trial, and all associated dates, in this matter shall be vacated.

| BERNSTEIN & POISSON LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP. |
|---|---|
| Jennifer Gastelum, Esq.<br>Nevada Bar Number: 13126<br>700 S. Jones Blvd.<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff* | Steven B. Abbott, Esq.<br>Nevada Bar Number: 10303<br>6385 S. Rainbow Blvd. #600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant* |

WEINBERG WHEELER HUDGINS

D. Lee Roberts
Nevada Bar Number: 8877
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Attorney for Third-Party Defendant
Unifirst Corporation



# ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is hereby, including and all cross-claims, counter-claims, and third party claims shall be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the trial and all associated dates, in this matter shall be vacated.

DATED March 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
BLAKE DOER, ESQ.
Nevada Bar No. 9001
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant/Third Party Plaintiff HARBOR FREIGHT TOOLS USA, INC.*